**Order entered April 27, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-01085-CV

### IN THE INTEREST OF T.C.N., A CHILD

**On Appeal from the 255th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-17-15940**

### ORDER

The clerk's record in this case is overdue. By letter dated April 8, 2021, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, (1) verification of payment or arrangements to pay for the clerk's record, or (2) written documentation that appellant had been found entitled to proceed without payment of costs. Appellant responded on April 22, 2021 providing proof of payment for the clerk's record.

Accordingly, we **ORDER** the Dallas County District Clerk to file the clerk's record within **FIFTEEN DAYS** of the date of this order.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE